# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

AUBRY FREEMAN,

    Petitioner,

v.                                                     Case No. 3:17cv951-LC-HTC

MARK INCH,

    Respondent.

_____/

## **O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 21, 2019 (ECF No. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

    Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF Doc. 3) is DENIED.

3. A certificate of appealability is DENIED.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of June, 2019.

                       s/*L.A. Collier*
                       **LACEY A. COLLIER**
                       **SENIOR UNITED STATES DISTRICT JUDGE**